## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ryan Woodson,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>L.A. Wilshire Corp.,<br><br>　　　　　　Defendant. | Case No. 2:25-cv-01186-JAD-BNW<br><br>**ORDER** |

This is transfer case. Plaintiff submitted an application to proceed *in forma pauperis* in the United States District Court for the Central District of California, but that court did not rule on his application. ECF No. 1. In any event, this Court's local rules require that applications to proceed *in forma pauperis* be made on the form provided by the court. Local Special Rule 1-1. Thus, if Plaintiff is unable to pay the filing fee in this case, Plaintiff must file another application to proceed *in forma pauperis* in accordance with 28 U.S.C. § 1915(a)(1) and Local Special Rule ("LSR") 1-1. If Plaintiff can pay the filing fee, they must do so.

IT IS ORDERED that the Clerk of the Court send Plaintiff the approved form application to proceed *in forma pauperis*, as well as the document titled "Information and Instructions for Filing an *In Forma Pauperis* Application."

//
//
//
//
//
//
//
//

IT IS FURTHER ORDERED that by August 1, 2025, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LRS 1-1; or (2) pay the full $405 fee for a civil action, which includes the $350 filing fee and the $55 administrative fee. Plaintiff is advised that failure to comply with this order will result in a recommendation that this case be dismissed. *See* Local Rule IA 11-8.

DATED: July 2, 2025

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE